```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

MOLLY TSAI,
    Plaintiff,

    V.                                      CIVIL ACTION NO.
                                            15-11676-MBB

DAVID J. SHULKIN, SECRETARY,
DEPARTMENT OF VETERAN AFFAIRS,
    Defendant.

**FINAL JUDGMENT**

**January 23, 2018**

**BOWLER, U.S.M.J**

    The issues having been duly tried and a verdict rendered by a jury, it is **ORDERED** and **ADJUDGED** that plaintiff Molly Tsai take nothing and that this action be dismissed on the merits.

                                      /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge